OFFICE OF DISCIPLINARY COUNSEL *v.* CARPENTER.

[Cite as *Disciplinary Counsel v. Carpenter* (1993), 68 Ohio St.3d 99.]

(No. 93–1303—Submitted September 21, 1993—Decided December 29, 1993.)

*Geoffrey Stern,* Disciplinary Counsel, and *Dianna A. Chesley,* Assistant Disciplinary Counsel, for relator.

*James P. Carpenter III, pro se.*

*Per Curiam.* We agree with the findings of fact and conclusions of law of the board but disagree with its recommendation. We hereby permanently disbar respondent from the practice of law in Ohio and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would order that respondent be indefinitely suspended from the practice of law.